AO 91 (Rev 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

STEVEN CARMONA

)
)

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 30, 2018 _____ in the county of _____ Washington _____ in the _____ District of _____ Columbia _____ , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. Section 115 (b)(1)(B)(ii) | Assault of a Federal Law Enforcement Officer |

This criminal complaint is based on these facts:

See attached Statement of Facts

☑ Continued on the attached sheet.

_Complainant's signature_

Officer Jacob Ritter, U.S.S.S.

_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____

City and state: _____

_Judge's signature_

U.S. Magistrate Judge Deborah A. Robinson

_Printed name and title_