## STATEMENT OF FACTS

On Saturday, June 30, 2018, at approximately 3:23 p.m., an individual later identified as STEVEN CARMONA (hereinafter CARMONA or "defendant") assaulted United States Secret Service ("USSS") Officer Tyler Young, a Federal law enforcement officer, in the 1600 block of Pennsylvania Avenue, N.W., Washington, DC.

On Saturday, June 30, 2018, immediately prior to the assault, USSS Officer Jacob Ritter was assigned to a fixed police post on 17th Street and Pennsylvania Avenue NW. Officer Ritter was wearing full police uniform, including a black vest with "SECRET SERVICE" emblazoned in large silver reflective letters on the front, a Secret Service star badge, a white shirt with a USSS seal clearly visible on the left shoulder, and a belt with a USSS shield badge. Officer Ritter observed CARMONA park his gray BMW330i in the crosswalk immediately in front of his post. This area has multiple signs stating that only authorized vehicles are permitted there.

Officer Ritter observed CARMONA exit his vehicle. Officer Ritter immediately exited his post and verbally informed CARMONA that he could not park there. CARMONA did not respond, and he began walking eastbound on Pennsylvania Avenue in the direction of the White House.

Officer Ritter again told CARMONA that he could not park in the crosswalk and ordered CARMONA to move his vehicle. CARMONA asked Officer Ritter why he was stopping him, and Officer Ritter repeated that he could not park in the crosswalk.

CARMONA walked away from Officer Ritter towards a wall of bike racks that had been set up to provide emergency vehicles clear passage during a demonstration that had occurred in Lafayette Park earlier that afternoon. CARMONA picked up the bike rack and began to separate it in order to walk through it.

Officer Ritter approached CARMONA. As he did so, he observed CARMONA begin to show combative precursors; CARMONA stiffened his body, bladed off, and raised his hands in defensive posture. Officer Ritter grabbed CARMONA's arm to place CARMONA in a position of disadvantage. CARMONA became combative and attempted to fight Officer Ritter off.

Officer Young, also in full police uniform bearing identical markers to those described above, approached to assist Officer Ritter. Together, the two officers placed CARMONA on the ground. While on the ground, CARMONA, using a closed fist, hit Officer Young in the jaw and squarely above his left eye.

CARMONA was placed under arrest for assaulting a Federal law enforcement officer. While being placed under arrest, CARMONA asked "where is the President?" He also stated to officers "just end it, just kill me."

Leg shackles were placed on CARMONA because he attempted to kick officers while on the ground after being placed under arrest. CARMONA was placed in a transport wagon; once inside he began to head-butt the metal walls of the caged van. CARMONA was removed from the vehicle and an ambulance was called for medical assistance. CARMONA was required to be strapped to the stretcher, because he was attempting to spit on officers and medical personnel.

CARMONA was transported to the hospital for both medical and mental evaluation; his vehicle was towed for safe-keeping.

Officer Young was transported to the hospital by ambulance where he was submitted to a concussion protocol and received x-rays for an injury to his left knee.

Based on the foregoing, your affiant submits that there is probable cause to believe that the defendant violated 18 U.S.C. § 115(b)(1)(B)(i).


Jacob Ritter
Officer, United States Secret Service


Sworn and subscribed to me before this _        .          ___ day of July, 2018.


The Honorable Deborah Robinson
United States Magistrate Judge