United States of America

VS.

Steven Carmona

Civil/Criminal No. 18-066M

Court

- [ ] Government ✓
- [ ] Plaintiff
- [ ] Defendant
- [ ] Joint
- [ ] Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Copy of map detailing Stay Away restrictions | 7/2/2018 | 7/2/2018 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |