# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 18-mj-0066 (DAC)** |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| **STEVEN CARMONA,** | : | 18 U.S.C. § 115(b)(1)(B)(i) |
| Defendant. | : | (Assault on a Federal Officer) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about June 30, 2018, within the District of Columbia, the defendant, **STEVEN CARMONA**, forcibly assaulted Tyler Young, a Federal law enforcement officer, with the intent to impede, intimidate, and interfere with Officer Young on account of the performance of his official duties.

(**Assault on a Federal Police Officer**, in violation of Title 18, United States Code, Sections 115(b)(1)(B)(i))

                                      JESSIE K. LIU
                                      United States Attorney
                                      D.C. Bar No. 472845

By: *[signature]*

                                      KENNETH C. KOHL
                                      Dep. Chief, National Security Section
                                      U.S. Attorney's Office
                                      D.C. Bar No. 476-236
                                      ken.kohl@usdoj.gov