UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 18-MJ-00066 (DAR) |
| | : | |
| STEVEN CARMONA, | : | |
| Defendant. | : | |

**FILED**
**OCT 30 2018**
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES' PROFFER OF FACTS
IN SUPPORT OF GUILTY PLEA

1. On Saturday, June 30, 2018, at approximately 3:23 p.m., STEVEN CARMONA (hereinafter CARMONA or "defendant") assaulted United States Secret Service ("USSS") Officer Tyler Young, a Federal law enforcement officer, in the 1600 block of Pennsylvania Avenue, N.W., Washington, DC.

2. On Saturday, June 30, 2018, immediately prior to the assault, USSS Officer Jacob Ritter was assigned to a fixed police post on 17th Street and Pennsylvania Avenue NW. Officer Ritter was wearing a full police uniform, including a black vest with "SECRET SERVICE" emblazoned in large silver reflective letters on the front, a Secret Service star badge, a white shirt with a USSS seal clearly visible on the left shoulder, and a belt with a USSS shield badge. CARMONA parked a gray BMW330i that he was driving in the crosswalk immediately in front of his Officer Ritter's post. This area has multiple signs stating that only authorized vehicles are permitted there.

3. CARMONA exited his vehicle. Officer Ritter immediately exited his post and verbally informed CARMONA that he could not park there. CARMONA did not respond, and he began walking eastbound on Pennsylvania Avenue in the direction of the White House.

4. Officer Ritter again told CARMONA that he could not park in the crosswalk and ordered CARMONA to move his vehicle. CARMONA asked Officer Ritter why he was stopping him, and Officer Ritter repeated that he could not park in the crosswalk.

5. CARMONA walked away from Officer Ritter towards a wall of bike racks. CARMONA picked up the bike rack and began to separate it in order to walk through it.

6. Officer Ritter approached CARMONA. CARMONA stiffened his body, and bladed his body. Officer Ritter grabbed CARMONA's arm. CARMONA became combative and attempted to fight Officer Ritter off.

7. Officer Young, also in full police uniform bearing identical markers to those described above, approached to assist Officer Ritter. Together, the two officers placed CARMONA on the ground. While on the ground, CARMONA, using a closed fist, hit Officer Young in the jaw and squarely above his left eye.

8. CARMONA was placed under arrest for assaulting a Federal law enforcement officer. Officer Young was transported to the hospital by ambulance.

Respectfully Submitted

Jessie K. Liu
United States Attorney

BY: _____
John Cummings
Assistant United States Attorneys

## DEFENDANT'S ACKNOWLEDGMENT

I have read this factual proffer, understand it, and agree that it is true and accurate. While it is not a complete recitation of all that I did or all that I know, it represents some of my conduct and some of my knowledge concerning my own involvement in illegal activity. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 10/30/18

Steven Carmona

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting this factual proffer, reviewed them with my client, and discussed it with my client.

Date: 10/30/18

Tony Miles, Esquire
Counsel for Defendant